1 The State of Colorado, Mark Warsewa, and Linda Joseph, Petitioners/Cross-Respondents v. Roger Hill. Respondent/Cross-Petitioner No. 22SC119
Supreme Court of Colorado, En Banc
December 12, 2022

 Court
 of Appeals Case No. 20CA1780

 Petition
 for Writ of Certiorari filed by The State of Colorado is
 GRANTED. The Petition for Writ of Certiorari filed by Mark
 Warsewa and Linda Joseph is DENIED. Cross-Petition for Writ
 of Certiorari DENIED. EN BANC.

 Whether
 an individual has standing to seek a declaratory judgment
 that a river segment was navigable for title at statehood and
 belongs to the State.

 DENIED
 AS TO ALL OTHER ISSUES.